## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:14CR95 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LOUIS A. VENDITTE, ) | |
| RUBY A. VENDITTE, and ) | |
| JOHN W. WAGSTAFFE, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the oral motions of the defendants for an extension of the pretrial motion deadlines. The motions were made during the arraignment on the Indictment on April 21, 2014. Each defendant agreed to the motions and acknowledged the additional time needed for the motions would be excluded under the calculations under the Speedy Trial Act. The government had no objection to the motions. The oral motions were granted.

**IT IS ORDERED:**

1. The motions for an extension of time to file pretrial motions are granted. All defendants shall have **to on or before June 30, 2014**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motions, i.e., **from April 21, 2014, and June 30, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge