# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR95 |
| vs. | ) | ORDER |
| LOUIS A. VENDITTE,<br>RUBY A. VENDITTE, and,<br>JOHN W. WAGSTAFFE, | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Louis Venditte's motion for an extension of time to file pretrial motions (Filing No. 33). Venditte seeks to extend the pretrial motion deadline from June 30, 2014, for 90 days. Venditte's counsel represents that government's counsel has no objection. Venditte has filed an affidavit wherein he agrees to the motion and understands the time allotted will be excluded in the calculations under the Speedy Trial Act. The motion will be granted, and the deadline will be extended as to all defendants.

**IT IS ORDERED:**

1. Venditte's motion for an extension of time (Filing No. 33) is granted. **All defendants** are given until **on or before September 30, 2014,** in which to file pretrial motions pursuant to the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 25, 2014, and September 30, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 25th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge