## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR95 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LOUIS A. VENDITTE, | ) | |
| RUBY A. VENDITTE, and, | ) | |
| JOHN W. WAGSTAFFE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Ruby A. Venditte's motion for an extension of time to file pretrial motions (Filing No. 38). Venditte seeks to extend the pretrial motion deadline from September 30, 2014, to October 31, 2014. Venditte's counsel represents that government's counsel has no objection. Venditte's counsel represents Venditte will file an affidavit wherein she agrees to the motion and understands the additional time will be excluded in the calculations under the Speedy Trial Act. The motion will be granted, **and the deadline will be extended as to all defendants**.

**IT IS ORDERED:**

1.      Venditte's motion for an extension of time (Filing No. 38) is granted. **All defendants** are given until **on or before October 31, 2014,** in which to file pretrial motions pursuant to the progression order.

2.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 25, 2014, and October 31, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 25th day of September, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge