IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LOUIS A. VENDITTE,<br>RUBY A. VENDITTE, and<br>JOHN W. WAGSTAFFE,<br><br>           Defendants. | 8:14CR95<br><br>MOTION TO CONTINUE TRIAL |

COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the District of Nebraska and the undersigned Assistant United States Attorney, and respectfully requests this Court to enter an order continuing the trial date until after June 26, 2015, in the above-captioned matter. In support of this Motion, the Plaintiff states as follows:

1. Trial of this matter is scheduled to begin on June 8, 3015;

2. The government's primary law enforcement witness, who is also a designated expert, is unavailable until at least June 19, 2015, due to a medical issue.

1

WHEREFORE, the United States prays for an order continuing the trial in the above-captioned matter until after June 26, 2015, and requests that any time between June 8, 2015 and the new court date be excluded for the purpose of computing limits under the Speedy Trial Act.

    Respectfully Submitted,

    UNITED STATES OF AMERICA, Plaintiff,

    DEBORAH R. GILG
    United States Attorney

By:    s/ Donald J. Kleine
    DONALD J. KLEINE, #22669
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE 68102-1506
    Tel: (402) 661-3700

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **James Martin Davis**, Attorney at Law; **Matthew M. Munderloh**, Attorney at Law; and **Jason E. Troia**, Attorney at Law.

    s/ Donald J. Kleine
    Assistant U.S. Attorney