IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LOUIS A. VENDITTE,<br>RUBY A. VENDITTE<br>　　　　　　Defendants. | 8:14CR95<br><br>**ORDER** |

　　　　This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 124).  The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

　　　　IT IS THEREFORE ORDERED as follows:

　　　　1.  The United States' Motion to Dismiss Forfeiture Allegation is hereby sustained, as to Defendants Louis A. Venditte and Ruby A. Venditte.

　　　　2.  The Forfeiture Allegation of the Indictment is hereby dismissed, as to Defendants Louis A. Venditte and Ruby A. Venditte.

　　　　Dated this 19th day of October, 2015

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge